Charles Everett HASELDEN,
Petitioner–Appellant,

v.

UNITED STATES of America,
Respondent–Appellee.

No. 01-6274.

United States Court of Appeals,
Fourth Circuit.

Submitted April 12, 2001.

Decided April 19, 2001.

Charles Everett Haselden, pro se.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Charles Everett Haselden appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. *See Haselden v. United States*, No. CA–00–897–5–H (E.D.N.C. filed Jan. 17, 2001; entered Jan. 18, 2001).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

David Henderson, a South Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint under 28 U.S.C.A. § 1915A (West Supp.2000). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Henderson v. Spartanburg County Magistrate's Office*, No. CA–00–3160–7–24BG (D.S.C. filed Jan. 17, 2001; entered Jan. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* Even assuming Haselden could raise a claim under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), in his § 2241 petition, his sentence was below the statutory maximum. *See United States v. Kinter*, 235 F.3d 192, 199–200 (4th Cir.2000), *cert. denied*, —— U.S. ——, 121 S.Ct. 1393, —— L.Ed.2d ——, 2001 WL 185105 (U.S. March 19, 2001) (No. 00–8591); *United States v. Lewis*, 235 F.3d 215, 219 (4th Cir.2000) (applying a plain error standard of review). Thus, any such claim would lack merit.